FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 20, 2020

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| LISA N., | No. 2:20-CV-00253-JTR |
| Plaintiff, | REPORT AND RECOMMENDATION |
| vs. | |
| ANDREW M. SAUL,<br>COMMISSIONER OF SOCIAL<br>SECURITY, | |
| Defendant. | |

By Order filed July 20, 2020, the Plaintiff was directed to pay the full filing fee or submit a properly completed Application to Proceed *In Forma Pauperis* within thirty days.  Plaintiff has not consented to proceed before a magistrate judge.

There has been no response to the court's Order.  Accordingly, **IT IS RECOMMENDED**:

1.    Plaintiff's Complaint be **DISMISSED** without prejudice.

2.    Plaintiff be required to provide notice of the dismissal to any and all Defendant(s) she served with a copy of the Complaint and Summons.

### OBJECTIONS

Any party may object to a magistrate judge's proposed findings, recommendations or report within fourteen (14) days following service with a copy

REPORT AND RECOMMENDATION - 1

thereof.  Such party shall file written objections with the Clerk of the Court and serve objections on all parties, specifically identifying any the portions to which objection is being made, and the basis therefor.  Any response to the objection shall be filed within fourteen (14) days after receipt of the objection.  Federal Rule of Civil Procedure 6(d) adds additional time after certain kinds of service.

A district judge will make a de novo determination of those portions objected to and may accept, reject, or modify the magistrate judge's determination. The judge need not conduct a new hearing or hear arguments and may consider the magistrate judge's record and make an independent determination thereon.  The judge may, but is not required to, accept or consider additional evidence, or may recommit the matter to the magistrate judge with instructions.  *United States v. Howell*, 231 F.3d 615, 621 (9th Cir. 2000); 28 U.S.C. § 636(b)(1)(B) and (C); FED. R. CIV. P. 72(b)(3); LMJR 2(c), Local Magistrate Judge Rules for the Eastern District of Washington. A magistrate judge's recommendation cannot be appealed to a court of appeals; only the district judge's order or judgment can be appealed.

The Clerk of the Court is directed to file this Report and Recommendation and provide a copy to Plaintiff.

DATED August 20, 2020.



_____
JOHN T. RODGERS
UNITED STATES MAGISTRATE JUDGE

REPORT AND RECOMMENDATION - 2