FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Sep 18, 2020

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| LISA MARIE N., <br><br> Plaintiff, <br><br> v. <br><br> COMMISSIONER OF SOCIAL SECURITY, <br><br> Defendant. | NO: 2:20-CV-253-RMP <br><br> ORDER OF DISMISSAL WITHOUT PREJUDICE |

BEFORE THE COURT is a Report and Recommendation, ECF No. 6, from United States Magistrate Judge John T. Rodgers recommending that Plaintiff's Complaint seeking judicial review of the Commissioner of Social Security's decision be dismissed without prejudice and that Plaintiff be required to provide notice of the dismissal to any Defendants she served with a copy of the Complaint and Summons.

On July 20, 2020, Judge Rodgers denied with leave to renew Plaintiff's application for in forma pauperis status in this matter on the basis that Plaintiff had

ORDER OF DISMISSAL WITHOUT PREJUDICE ~ 1

not provided information regarding how Plaintiff provides for basic needs such as food and utilities. ECF No. 5. Judge Rodgers' Order directed Plaintiff to render the full filing fee or submit a properly completed Application to Proceed In Forma Pauperis. Plaintiff did neither. Judge Rodgers then issued his Report and Recommendation for dismissal on August 20, 2020. ECF No. 6. Plaintiff did not timely object to the Report and Recommendation, nor pay the filing fee, nor file a completed Application to Proceed In Forma Pauperis.

After reviewing the Report and Recommendation and relevant authorities, the Court finds that the Magistrate Judge's findings are correct. However, the Court declines to incorporate Judge Rodgers' recommendation that Plaintiff notify Defendants of the dismissal because the United States Attorney's Office will receive notification of the dismissal at the contact information entered on the docket in this matter. Therefore, the Court adopts the Report and Recommendation in part and **HEREBY ORDERS**:

1. The Report and Recommendation, **ECF No. 6**, is **ADOPTED IN PART** as outlined above.

2. The Complaint in this matter is **dismissed without prejudice** for failure to timely pay the filing fee or submit a completed Application to Proceed In Forma Pauperis.

ORDER OF DISMISSAL WITHOUT PREJUDICE ~ 2

**IT IS SO ORDERED**. The District Court Clerk is directed to enter this Order, provide copies to counsel, and **close the file**.

**DATED** September 18, 2020.

                                         *s/ Rosanna Malouf Peterson*
                                         ROSANNA MALOUF PETERSON
                                            United States District Judge

ORDER OF DISMISSAL WITHOUT PREJUDICE ~ 3